herein in condemnation proceedings. The appellants claimed title to the property in the condemnation area under a grant made by Queen Anne to Lancaster Symes in 1708.

*Benjamin Catchings* and *Merle I. St. John* for appellants.

*Albert Ottinger, Attorney-General* (*Anson Getman* and *George S. Parsons* of counsel), for the People.

*Albert B. Boardman* and *Edwin J. Freedman* for Stapleton Dock and Warehouse Corporation, et al., respondents.

*A. S. Gilbert* and *Royal E. T. Riggs* for Staten Island Railway Company, et al., respondents.

*Valentine Taylor* for Consumers Coal and Ice Company, respondent.

*Francis P. O'Connor* and *Edward W. Murphy* for Atlantic Mutual Insurance Company, et al., respondents.

*Charles Lamb* for Hugo Jaburg, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.

---

THE JACOB HOFFMANN BREWING COMPANY, Appellant, *v.* JOHN L. KLAGES et al., Respondents.

*Equity — mortgage upon leasehold — surrender of lease by mortgagor — action by mortgagee to have surrender set aside and a subsequent lease by owner declared void and for accounting.*

*Hoffmann Brewing Co. v. Klages,* 209 App. Div. 905, affirmed.

(Argued January 29, 1925; decided February 25, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 15, 1924, unanimously affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term. The action was brought by the holder of a chattel mortgage upon a leasehold to have a surrender of the lease by the mortgagor set aside and declared void, to have it determined that the plaintiff has a right to redeem the premises, to have a subsequent lease by the owner of the premises to a third party declared void or assigned

to the plaintiff and for an accounting.. (See 234 **N. Y.** 469.)

*James Marshall* and *Louis Marshall* for appellant.

*August G. Klages* and *Harry A. Horton* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ.    Absent: MCLAUGHLIN, J.

---

SAM DAVIS, Appellant, *v.* FRANK W. SMITH, Respondent.

*Malicious prosecution — sufficiency of evidence of probable cause.*

*Davis* v. *Smith,* 209 App. Div. 126, affirmed.

(Argued January 29, 1925; decided February 25, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 6, 1924, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial. The action was for malicious prosecution. The complaint alleged that defendant without reasonable or probable cause charged plaintiff before a magistrate with the crime of larceny. The Appellate Division held that there was not only evidence of probable cause but that the prosecution was meritorious.

*James Marshall* and *Louis Marshall* for appellant.

*Edward J. Flanagan* for respondent.

Order affirmed and judgment absolute ordered against. appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ.    Absent: MCLAUGHLIN, J.